**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6915**
_____

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

WALLACE LEE JOHNSON, a/k/a Boo,

             Defendant - Appellant.


_____

**No. 08-6922**
_____

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

WALLACE LEE JOHNSON, a/k/a Boo,

             Defendant - Appellant.


_____

Appeals from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  John Preston Bailey,
Chief District Judge.  (3:04-cr-00008-JPB-DJJ-l; 3:04-cr-00010-
JPB-3)

_____

Submitted:  March 17, 2009          Decided:  March 20, 2009

_____

Before TRAXLER, KING, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Brian Joseph Kornbrath, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Clarksburg, West Virginia, for Appellant. Paul Thomas Camilletti, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Martinsburg, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wallace Lee Johnson appeals the district court's order granting in part and denying in part his motions for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). Johnson received the full sentence reduction available under Amendment 706 to the sentencing guidelines. Johnson's contentions that the court could have considered a sentence below the amended guideline range or that he was entitled to a full sentencing hearing under United States v. Booker, 543 U.S. 220 (2005), are foreclosed by our decision in United States v. Dunphy, 551 F.3d 247 (4th Cir. 2009). Accordingly, we affirm the decision of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED